THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In
 The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bernard Lamont
 Brown, Appellant.
 
 
 

Appeal From York County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-497
Submitted September 2, 2008  Filed
 September 4, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia; for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Kevin Brackett, of York; for Respondent.
 
 
 

PER CURIAM: Bernard
 Lamont Brown appeals his convictions for
 second degree lynching and strong arm robbery, arguing the trial court erred in
 admitting evidence of gang activity because the probative value was
 substantially outweighed by the danger of unfair prejudice.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Browns appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.